## DAVID R. COHEN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Docket No. 2969.   Decided September 24, 1926.

Upon the evidence, *held*, that certain notes were not ascertained to be worthless and charged off the books of the petitioner during the taxable year.

*W. W. Wallace*, Esq., for the petitioner.
*George E. Adams*, Esq., for the respondent.

The Commissioner has determined deficiencies in income taxes for the years 1919 and 1921 in the respective amounts of $3,217.81 and $2,098.87, and has found an overassessment for the year 1920 in the amount of $911.11.   The petitioner abandoned his contentions as to the years 1919 and 1920, and only the deficiency for the year 1921 is involved in this proceeding.   This deficiency arises from the Commissioner's addition of $16,922.79 as the petitioner's share of the distributive net earnings of the partnership of David R. Cohen Co., and of $5,394.06, alleged profit from the sale of certain shares of stock of David R. Cohen Co., a corporation, to the petitioner's gross income for the taxable year.   The petitioner seeks to offset a part of such additions to income by deducting the amount of certain debts alleged to have been ascertained to be worthless during the year 1921.

### FINDINGS OF FACT.

David R. Cohen was the principal stockholder of the David R. Cohen Co., a corporation which acquired the business and assets of a partnership of the same name at July 1, 1921.

Upon the formation of the partnership, the petitioner sold certain interests therein to Julius and Edward Eliscu and received some cash and the unsecured notes of such vendees in payment therefor in amounts not disclosed by the record, with an oral agreement that the principal and interest of such notes should be paid from the distributive shares of the partnership earnings accruing to the makers.   Credits on account of cash and partnership profits were made on such notes in amounts not proved in this proceeding.   A renewal note in the amount of $1,650, made on July 1, 1921, for the balance due by Julius Eliscu at that date was introduced in evidence.   This note bears endorsements of interest paid on April 4, 1922, and August 29, 1922, in the respective amounts of $50 and $143.   The original note of Edward Eliscu, in the amount of $3,900, dated July 1, 1921, showing payments on January 1, 1921 [*sic*], and October 1, 1921, in the respective amounts of $250 and $200, was also introduced in evidence.

Some time in the year 1923, the David R. Cohen Co. made an assignment for the benefit of its creditors, and, at that time, the petitioner made a demand on the makers of the notes for payment of the same, but received nothing then or at any other date.

### OPINION.

LANSDON : The petitioner seeks to have the unpaid balances of the notes of Julius and Edward Eliscu at December 31, 1921, deducted from his gross income for the taxable years. The evidence offered does not convince us that these notes were ascertained to be worthless and charged off during such year. The Commissioner's determination of a deficiency in the amount of $2,098.87 should not be disturbed.

*Judgment for the Commissioner.*